**Order entered July 31, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00677-CV

### SAMUEL G. BREITLING AND JOANN S. BREITLING, Appellants

### V.

### LNV CORPORATION, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00911-C**

## ORDER

In light of our July 29, 2015 order extending the briefing deadline for appellants to August 27, 2015, we **DENY** appellant's motion to set aside July 30, 2015 file date for appellant's brief.

/s/    CRAIG STODDART
          JUSTICE